IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| ALLSTATE FIRE AND CASUALTY CO., ) | Civil No. 03:16-cv-02134-PK |
| ) | |
| Plaintiff(s), ) | |
| ) | **ORDER OF DISMISSAL** |
| v. ) | |
| ) | |
| DEANN LEPOIDEVIN, et al., ) | |
| ) | |
| Defendant(s). ) | |

The Court having been informed by counsel for the parties that this action has been settled in its entirety,

IT IS ORDERED that the Stay of this case is LIFTED and that this action is DISMISSED with prejudice and without costs and with leave, upon good cause shown within sixty (60) days, to have this order of dismissal set aside and the action reinstated if the settlement is not consummated. Pending motions, if any, are DENIED AS MOOT.

Dated this 26th day of February, 2018.

by /s/ Paul Papak
Paul Papak
United States Magistrate Judge